# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:     Case No. 24-30910
           Chapter 13

Sharon Kay Myers,

        Debtor.

## WITHDRAWAL OF OBJECTION TO CONFIRMATION FILED BY TD BANK

COMES NOW TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), by and through its attorney, and withdraws its Objection to Confirmation filed in this case on April 12, 2024, without prejudice.

    Respectfully submitted,

    RIEZMAN BERGER, P.C.


    By: **/e/ Kathryn A. Klein**
    Kathryn A. Klein, #392762
    7700 Bonhomme Avenue, 7th Floor
    St. Louis, Missouri 63105
    (314) 727-0101 Telephone
    (314) 727-1086 Facsimile
    kak@riezmanberger.com
    Attorney for TD Bank

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 24-30910 |
| | Chapter 13 |
| Sharon Kay Myers, | |
| Debtor. | |

## UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Kathryn A. Klein, employed by Riezman Berger, P.C., attorneys licensed to practice law in this Court, with office address of 7700 Bonhomme Avenue, 7th Floor, St. Louis, Missouri 63105, declare that I served a **Withdrawal of Objection to Confirmation,** upon the parties named below via electronic means using the CM/ECF system to the following on June 3, 2024:

| | |
|---|---|
| Wesley W. Scott<br>13 Seventh Ave. South<br>St. Cloud MN 56301 | Attorney for Debtor |
| Gregory A. Burrell<br>100 S. 5th St., Ste. 480<br>Minneapolis MN 55402 | Chapter 13 Trustee |
| Office of the United States Trustee<br>Suite 1015 US Courthouse, 300 S. 4th St.<br>Minneapolis, MN 55415 | |

I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on June 3, 2024:

| | |
|---|---|
| Sharon Kay Myers<br>13611 Monterey Avenue South<br>Savage MN 55378 | Debtor |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Date: June 3, 2024                                   Signed: **/e/ Kathryn A. Klein**